(109 So. 926)

Curtis RAY v. STATE. (7 Div. 267.) (Court of Appeals of Alabama. June 1, 1926.) Appeal from Circuit Court, Cleburne County; R. B. Carr, Judge.

BRICKEN, P. J. This appellant (with two others not on trial) was indicted, tried, and convicted for the offense of distilling, etc., prohibited liquors, and for the possession of a still to be used for that purpose. He was duly sentenced to serve an indeterminate term of imprisonment in the penitentiary. From the judgment of conviction he appealed. The appeal is upon the record proper. There is no bill of exceptions. As the record is without error, the judgment of the circuit court, from which this appeal was taken, will stand affirmed. Affirmed.

---

(106 So. 923)

RAY & KEETON v. J. H. ROGERS. (8 Div. 416.) (Court of Appeals of Alabama. Jan. 26, 1926.) Appeal from Law and Equity Court, Franklin County; B. H. Sargent, Judge.

BRICKEN, P. J. Affirmed.

---

(106 So. 923)

REALTY SALES CO. et al. v. Ruth BRUHN, et al. (6 Div. 739.) (Court of Appeals of Alabama. Nov. 27, 1925.) Appeal from Circuit Court, Jefferson County; Joe C. Hail, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

---

(108 So. 925)

L. G. REESE v. STATE. (6 Div. 900.) (Court of Appeals of Alabama. May 11, 1926.) Appeal from Circuit Court, Jefferson County, Bessemer Division; J. C. B. Gwin, Judge. Violating prohibition laws.

RICE, J. Affirmed.

---

(109 So. 926)

Luther REEVES v. STATE. (8 Div. 411.) (Court of Appeals of Alabama. June 1, 1926.) Appeal from Circuit Court, Jackson County; W. W. Haralson, Judge. Distilling.

RICE, J. Affirmed.

---

(106 So. 923)

Tom RHODES v. STATE. (3 Div. 502.) (Court of Appeals of Alabama. Jan. 12, 1926.)

Appeal from Circuit Court, Autauga County; G. F. Smoot, Judge. Tom Rhodes was convicted of murder in the second degree, and he appeals. Affirmed. Harwell G. Davis, Atty. Gen., for the State.

Brief of counsel did not reach the Reporter.

SAMFORD, J. No brief has come to the hands of the court, directing especial attention to claims of error. We are therefore left to a general review of the record, as is provided by statute. Objections to testimony are without merit. In each instance the rulings of the court were without error. Refused charges 5 and 6 omit a consideration of all the evidence. Refused charges 1, 2, 3, and 4 exact too high a degree of proof on the part of the state. The court in his oral charge correctly stated the law as to aiding and abetting in the commission of crime. The charges were properly refused. We find no error in the record, and the judgment is affirmed. Affirmed.

---

(110 So. 924)

Charley RICE v. CITY OF TUSCALOOSA. (6 Div. 1000.) (Court of Appeals of Alabama. Dec. 7, 1926.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge.

BRICKEN, P. J. Affirmed.

---

(110 So. 924)

Clem RICE v. CITY OF TUSCALOOSA. (6 Div. 105.) (Court of Appeals of Alabama. Dec. 7, 1926.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge.

RICE, J. Affirmed.